AO 470  (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____Western_____   District of   _____Wisconsin_____

UNITED STATES OF AMERICA

V.

JEFFREY A. PETERSON

Defendant

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT TO
### BAIL REFORM ACT

Case Number:   99-CR-15-bbc

Upon motion of the _____Government_____ , it is ORDERED that a

detention hearing is set for _____10/22/08_____ * at ____1:00 PM____

                                            Date                                                              Time

before _____Barbara B. Crabb_____ Magistrate Judge Stephen L. Crocker

                                                  Name of Judicial Officer

_____120 N. Henry St., Madison WI_____

                                Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____ ) and produced for the hearing.

                        Other Custodial Official

Date: _____10-6-08_____                                _____

                                                                                    Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.