IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                                     ORDER

  v.

                                                      99-CR-15-bbc-01

JEFFREY A. PETERSON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORDER

IT IS ORDERED that the two-year term of supervised release imposed upon the defendant on October 22, 2008, is vacated.

Entered this 24th day of March, 2011.

                                                        BY THE COURT:
                                                        /s/
                                                        BARBARA B. CRABB
                                                        District Judge